UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 23-30103
                                         Originating No.  23MJ22

**ARVIN RAJ MATHUR,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ARVIN RAJ MATHUR,** to answer to charges pending in another federal district, and states:

    1.  On **March 10, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Wisconsin based on a Complaint**.  Defendant is charged in that district with violations of  **18 USC 875(c) – Interstate or Foreign Threat to Injure.**

    2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/*Mark Bilkovic*
MARK BILKOVIC
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: March 11, 2023